W. W. DANCEY *v.* THOMAS P. and CALLY S. BRASWELL.

Where a bond was given upon the 1st day of January 1863, for the hire of slaves for the year 1863 ; *Held*, that the plaintiff had a right to show to the jury the value of such slaves at that place and for that year, as a guide to them in making up a verdict.

(*Maxwell* v. *Hipp, ante* 98, cited and approved.)

COVENANT, tried before *Jones, J.*, at Fall Term 1869, of EDGECOMBE Court.

The plaintiff declared upon a bond in the usual form executed by the defendants "for the sum of $179.00, it being for the hire of negroes," &c. It was shown by the plaintiff that nothing was said at the time of the hiring as to the currency in which the bond was to be paid ; and he offered further to show the value of the slaves in that locality and for that year. This was excluded by the Court, and the plaintiff excepted.

Verdict for the plaintiff, in accordance with the instructions of the Court, "for $99.00, of which $72.22 is principal money ;" Rule, &c.; Judgment and Appeal by the plaintiff.

*Battle & Sons*, for the appellant.
*Phillips & Merrimon, contra.*

DICK, J. His Honor erred in not allowing the plaintiff to introduce evidence to show the value of the consideration of the contract declared on :—See *Maxwell* v. *Hipp, ante* 98.

Let this be certified.

PER CURIAM.              *Venire de novo.*